IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 7** |
| BRIAN KOLKA, | ) | |
| | ) | **07 B 11829** |
| Debtor. | ) | |
| | ) | |
| | ) | **Honorable John D. Schwartz** |

## ORDER AND NOTICE

**IT IS ORDERED AND NOTICE IS HEREBY GIVEN** that on the Court's own Motion, a status hearing will be held in the above referenced case on June 26, 2008 at 10:00 a.m., in Courtroom 719, at 219 South Dearborn Street, Chicago, Illinois. Ronald R. Peterson, Trustee, is directed to appear and inform the Court as to when he expects to file a final report in this asset case.

DATED: 6 JUN 2008

ENTERED:

John D. Schwartz
United States Bankruptcy Judge